840

No. 77-6573. THRASHER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77-6574. YANNI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77-6594. REGAN v. CALIFORNIA; and
No. 77-6598. CARR v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 77-6599. RIGGS v. FLAMM, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 77-6600. SATTERFIELD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77-6602. DESKINS v. BORDENKIRCHER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 77-6603. WILSON v. UNITED STATES; and
No. 77-6605. RICHARDSON ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 560 F. 2d 861.

No. 77-6610. COULSTON v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 77-6612. BECKER v. UNITED STATES; and
No. 77-6646. BECKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 566 F. 2d 914.

No. 77-6615. THWEATT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77-6621. ARNOLD v. HOGAN, WARDEN. Ct. App. D. C. Certiorari denied.

No. 77-6624. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77-6625. PAYNE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.